UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

        Plaintiff,

   v.

LYNETTE LEWIS, et al.,

        Defendants.

Case No.  3:26-cv-04461-JSC

**ORDER TO SHOW CAUSE**

Plaintiff Eugene Hart, who is representing himself, filed this action along with an application to proceed in forma pauperis. (Dkt. Nos. 1, 2). On May 18, 2026, the Magistrate Judge Sallie Kim granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). (Dkt. No. 4.)  The Court directed Plaintiff to file a first amended complaint by June 18, 2026, warning that failure to cure the deficiencies identified in the screening order could lead to dismissal of this case. Plaintiff failed to file an amended complaint and the case was reassigned to the undersigned district judge.  (Dkt. No. 7.)

Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). The Court notes this is one of more than 50 cases Plaintiff has filed in this District in the last six months many of which have been dismissed for failure to prosecute. *See Hart v. Lewis*, No. 26-4731-RFL, Dkt. No. 9 (N.D. Cal. Jul. 9, 2026 Order).  As a result, Plaintiff has been ordered to show cause why he should not be declared a vexatious litigant.  *Id.*

**Plaintiff shall file a written response to this Order accompanied by an amended**

United States District Court
Northern District of California

**complaint by July 27, 2026.** The Court warns Plaintiff failure to respond to this Order may result in the dismissal of this action for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: July 10, 2026

_Jacqueline Scott Corley_

JACQUELINE SCOTT CORLEY
United States District Judge